WHITE & CASE LLP
ATTORNEYS AT LAW

1  BIJAL V. VAKIL (SBN 192878)
   bvakil@whitecase.com
2  WHITE & CASE LLP
   5 Palo Alto Square, 9th Floor
3  3000 El Camino Real
   Palo Alto, CA  94306
4  Telephone:   (650) 213-0300
5  Facsimile:    (650) 213-8158

6  *Counsel for Defendant Pfizer Inc.*

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

| | |
|---|---|
| CHIMES PHARMACY, INC.; JAMES CLAYWORTH, R.Ph., an individual, d/b/a CLAYWORTH PHARMACY; MARIN APOTHECARIES, INC., d/b/a ROSS VALLEY PHARMACY; GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY; PEDIATRIC CARE PHARMACY, INC.; MARK HORNE, R.Ph., an individual, d/b/a BURTON'S PHARMACY; MEYERS PHARMACY, INC.; TONY MAVRANTONIS, R.Ph., an individual, d/b/a JACK'S DRUG; JULIAN POTASHNICK, R.Ph., an individual, d/b/a LEO'S PHARMACIES; and TILLEY APOTHECARIES, INC., d/b/a ZWEBER'S APOTHECARY; RP HEALTHCARE, INC., <br><br>              Plaintiffs, <br><br>     v. <br><br> PFIZER, INC., PFIZER IRELAND, PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, WARNER-LAMBERT EXPORT, LTD., RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS, INC., RANBAXY, INC., DAIICHI SANKYO, LTD, and DAIICHI SANKYO, INC. <br><br>              Defendants. | Civil Action No.: 3:11-cv-05375 (JSW) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER <br><br> Hon. Jeffrey S. White |

1

WHEREAS the Complaint in the above-captioned action was filed on November 7, 2011; and

WHEREAS Plaintiffs served Defendant Pfizer Inc. ("Pfizer") with a copy of the Complaint on November 9, 2011, and Pfizer's nominal deadline to answer or otherwise respond to the Complaint is November 30, 2011; and

WHEREAS Plaintiffs and Pfizer have met and conferred on this issue in good faith;

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and Pfizer, through their respective counsel, that the deadline for Pfizer to answer or otherwise respond to Plaintiffs' Complaint shall be extended to and including January 12, 2012.

Respectfully submitted,

Dated: November 29, 2011       /s/ Bijal V. Vakil
                               Bijal V. Vakil, Esq.
                               WHITE & CASE LLP
                               5 Palo Alto Square, 9th Floor
                               3000 El Camino Real
                               Palo Alto, California  94306
                               Tel. 650 213 0300
                               Fax. 650 213 8158

                               *Counsel for Defendant Pfizer Inc.*

Dated: November 29, 2011       /s/ Theresa D. Moore
                               Theresa D. Moore, Esq.
                               ALIOTO LAW FIRM
                               225 Bush Street, 16th Floor
                               San Francisco, CA  94104
                               Tel. 415 434 8900
                               Fax. 415 434 9200

                               *Counsel for Plaintiffs*

**ATTESTATION CLAUSE**

I, Bijal V. Vakil, hereby attest in accordance with General Order No. 45.X that Theresa D. Moore, Counsel for Plaintiffs has provided her concurrence with the electronic filing of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER**.

Dated: November 29, 2011　　　　　　　　WHITE & CASE LLP

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Bijal V. Vakil*
　　　　　　　　　　　　　　　　　　　　　　Bijal V. Vakil

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Pfizer Inc.*

**ORDER**

Pursuant to the above Stipulation filed in this action, it is hereby ORDERED that the time within which Pfizer Inc. may answer or otherwise respond to Plaintiff's Complaint is hereby extended to and including January 12, 2012.

Dated: November 30, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　United States District Court Judge