BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

*Counsel for Defendant Pfizer Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| CHIMES PHARMACY, INC.; JAMES CLAYWORTH, R.Ph., an individual, d/b/a CLAYWORTH PHARMACY; MARIN APOTHECARIES, INC., d/b/a ROSS VALLEY PHARMACY; GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY; PEDIATRIC CARE PHARMACY, INC.; MARK HORNE, R.Ph., an individual, d/b/a BURTON'S PHARMACY; MEYERS PHARMACY, INC.; TONY MAVRANTONIS, R.Ph., an individual, d/b/a JACK'S DRUG; JULIAN POTASHNICK, R.Ph., an individual, d/b/a LEO'S PHARMACIES; and TILLEY APOTHECARIES, INC., d/b/a ZWEBER'S APOTHECARY; RP HEALTHCARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., PFIZER IRELAND, PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, WARNER-LAMBERT EXPORT, LTD., RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS, INC., RANBAXY, INC., DAIICHI SANKYO, LTD, and DAIICHI SANKYO, INC.<br><br>Defendants. | **Civil Action No.: 3:11-cv-05375 (JSW)**<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Hon. Jeffrey S. White |

1

1  WHEREAS the Complaint in the above-captioned action was filed on November 7, 2011;
2  and
3  WHEREAS Plaintiffs served Defendant Pfizer Inc. ("Pfizer") with a copy of the
4  Complaint on November 9, 2011, and Pfizer's nominal deadline to answer or otherwise respond
5  to the Complaint is November 30, 2011; and
6  WHEREAS Plaintiffs and Pfizer have met and conferred on this issue in good faith;
7  IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and Pfizer, through their
8  respective counsel, that the deadline for Pfizer to answer or otherwise respond to Plaintiffs'
9  Complaint shall be extended to and including January 12, 2012.

Respectfully submitted,

Dated: November 29, 2011

*/s/ Bijal V. Vakil*
Bijal V. Vakil, Esq.
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, California 94306
Tel. 650 213 0300
Fax. 650 213 8158

*Counsel for Defendant Pfizer Inc.*

Dated: November 29, 2011

*/s/ Theresa D. Moore*
Theresa D. Moore, Esq.
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Tel. 415 434 8900
Fax. 415 434 9200

*Counsel for Plaintiffs*

- 2 -

STIPULATION AND P~~ROPOSED~~ ORDER
CASE NO. 3:11-CV-05375 (JSW)

PALOALTO 110068

**ATTESTATION CLAUSE**

I, Bijal V. Vakil, hereby attest in accordance with General Order No. 45.X that Theresa D. Moore, Counsel for Plaintiffs has provided her concurrence with the electronic filing of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER**.

Dated: November 29, 2011     WHITE & CASE LLP

By: */s/ Bijal V. Vakil*
     Bijal V. Vakil

*Attorney for Defendant Pfizer Inc.*

**ORDER**

Pursuant to the above Stipulation filed in this action, it is hereby ORDERED that the time within which Pfizer Inc. may answer or otherwise respond to Plaintiff's Complaint is hereby extended to and including January 12, 2012.

Dated: November 30, 2011

HON. JEFFREY S. WHITE
United States District Court Judge

- 3 -

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:11-CV-05375 (JSW)

PALOALTO 110068